**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Re:    Tammee L. Sweck                                              Docket No:  1:15-bk-10352
                                                                                          Chapter 13

| | |
|---|---|
| TAMMEE L. SWECK           )<br>                    Plaintiff    )<br>                                   )<br>    vs.                               )<br>                                   )<br>DENNIS A. BURKHOLDER d/b/a  )<br>CONCEPT HOME SERVICES      )<br>                                   )<br>                    Defendant   ) | AP No:  1:15-ap-01014 |

## MOTION TO DISMISS

Now comes Peter M. Iascone, Attorney for the Debtor in the above-entitled matter, and respectfully requests that the Adversary Proceeding be dismissed.

WHEREFORE Attorney Peter M. Iascone hereby moves the Honorable Court to Dismiss the Adversary Proceeding without prejudice.

                                                                    Petitioner,
                                                                    By Her Attorney,

                                                                    /s/  Peter M. Iascone
                                                                    Peter M. Iascone            #3125
                                                                    Peter M. Iascone & Associates, Ltd.
                                                                    117 Bellevue Avenue
                                                                    Newport, RI  02840
                                                                    (401) 848-5200
                                                                    (401) 846-8189 facsimile
                                                                    iascone@law.necoxmail.com

**Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if served by mail, any party against whom such paper has been served, or any other party who objects to the relief sought, shall serve and file an objection or other appropriate response to said paper with the Bankruptcy Court Clerk's Office, 380 Westminster Street, 6th Floor, Providence, RI 02903, (401) 626-3100. If no objection or other response is timely filed, the paper will be deemed unopposed and will be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise.**

## **CERTIFICATION**

      I hereby certify that on the 3th day of September 2015 I electronically filed the Motion to Dismiss with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System.  The following participants have received notice electronically:

- Samuel Alex Kennedy-Smith    sakenned@gmail.com

      I hereby certify that on September 3, 2015 I have mailed by United States Postal Service, Postage Prepaid, the document and a copy of the Notice of Electronic Filing to the following non-CM/ECF participants:  None.

                                                            /s/ Peter M. Iascone